# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Operating Engineers Local #49 Health and Welfare Fund and Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Local #49 International Union of Operating Engineers and Associated General Contractors of Minnesota Apprenticeship and Training Program and their Trustees, | Civil No. 08 -5782 (RHK/AJB) |
| Plaintiffs, | **ORDER FOR DISMISSAL** |
| vs. | |
| Landcare Solutions, LLC, | |
| Defendant. | |

_____

Pursuant to the Notice of Voluntary Dismissal (Doc. No. 15), **IT IS ORDERED** that this matter is hereby **DISMISSED WITHOUT PREJUDICE** and without costs to either party.

Dated: April 20, 2010

                                                    s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge